UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RHIANNON ORTIZ,<br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>Defendant. | ) Civil No. 22-12686<br>)<br>)<br>)<br>)<br>) District Judge Terrence G. Berg<br>) Magistrate Judge David R. Grand.<br>)<br>) |

_____

## ORDER OF DISMISSAL

The Court, having reviewed the unopposed Motion to Dismiss, and being fully advised in the premises,

It is ORDERED that the Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge
Dated: April 25, 2023